**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG  DIVISION**

| In re:   **RICHARD J DARDEN** | **CASE NO.**   **10-63291** |
|---|---|
| **Debtor(s)** | **CHAPTER**   **13** |

**O R D E R**

A hearing was held in the above-captioned case on 11/21/11.  The outcome of said hearing was to be embodied in an

order to be submitted by JONATHAN S WOODRUFF, ESQ.  No order has been submitted within the time allowed

by Local Rule 9072-1.  Accordingly, it is

**O R D E R E D**

    That JONATHAN S WOODRUFF, ESQ. shall appear before this Court on 1/23/12, at 10:00 am at U. S.

COURTHOUSE, 255 W MAIN STREET, CHARLOTTESVILLE, VA,   to SHOW CAUSE why such Order was

not submitted to the Court as required by such rule, and if good cause not be shown, further to SHOW CAUSE why

a monetary or other sanction should not be imposed upon such counsel for such failure.  Submission of such Order

and its entry by the Court prior to such hearing shall not cancel such hearing but shall be given such consideration as

the Court shall determine appropriate.

    Copies of this order are directed to be sent to the United States Trustee or chapter trustee, as applicable; and

to JONATHAN S WOODRUFF, ESQ.


Dated:  <u>12/8/11</u>

_____

**WILLIAM E. ANDERSON, JUDGE**

oscmga.frm